JACQUELINE NEWTON

PLAINTIFF,

VS.

COSTCO, INC.
E. FREENY, D. WESTON,
ET AL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case N° 00-6010

CIV-JORDAN

MAGISTRATE
BANDSTRA

NIGHT BOX
FILED

JAN 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, JACQUELINE NEWTON, petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: 1-4-2000

Jacqueline Newton
Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, JACQUELINE NEWTON, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

SEXUAL HARRASSMENT

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: NO

    a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
    b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

ABOUT 5/99 LAST MONTH ONLY ABOUT $795.00.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: YES.

    a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

UNEMPLOYMENT - $179.00 WEEKLY - 6 MONTHS ABOUT $9,600

2/BR

3. Do you own any cash or checking or savings account?   Answer: _NO_____

   a. If answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: _NO_____

   a. If answer is "yes", describe property and state approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.
   JUNIOR NEWTON — SON         I'm HIS MOTHER

   _____

   _____

   I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

   _Jaqueline Newton_
   Signature

SUBSCRIBED AND SWORN TO before me this
_4th_ day of _January_ _2000_.

_Alma L. McCutchen_
   notary

OFFICIAL NOTARY SEAL
ALMA L MCCUTCHEN
COMMISSION NUMBER
CC750512
MY COMMISSION EXPIRES
JULY 2, 2002

# United States District Court

**CIV-JORDAN**

DISTRICT OF _____

**00-6010**

JACQUELINE NEWTON

Plaintiff

V.

COSTCO, INC. E. FREEMAN, D. WESTON
V. BEASLEY, ET AL.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

NIGHT BOX FILED

CASE NUMBER: **MAGISTRATE SANDSTRA** JAN 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

I, __JACQUELINE NEWTON__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes   ☒ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____   Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   ON OR ABOUT 5/1999.   $409.00 LAST & FINAL SALARY.
   COSTCO — 16580 NW 59 AVE        WITH SOME ANNUAL LEAVE
   MIAMI, FL                       INCLUDED.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments  Yes ☐   No ☒
   d. Disability or workers compensation payments     Yes ☒   No ☐
   e. Gifts or inheritances                           Yes ☐   No ☒
   f. Any other sources                               Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. ABOUT $179.00 WKLY, AND EXPIRED AROUND 11/1999

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No
   If "yes" state the total amount

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No
   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   JUNIOR NEWTON — SON         WHEN WORKING $50 A WEEK.

I declare under penalty of perjury that the above information is true and correct.

1-4-2000
DATE

*Jacqueline Newton*
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                    _____
DATE                           SIGNATURE OF AUTHORIZED OFFICER