UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| COSTCO, INC.; DAVID WESTON; ) | |
| EDDIE FREENEY; VINCE BEASLEY; ) | |
| ANNE McFADDEN; VALERIE ) | |
| WILLIAMS; & ARNOLD GANTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

FILED by _____ D.C.

JAN - 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Jacqueline Newton's motion to proceed *in forma pauperis* [D.E. 2] is GRANTED.

Ms. Newton's complaint states that her EEOC charge of discrimination and right to sue letter are attached. *See* Complaint [D.E. 1] ¶ 2. These documents, however, are not attached. Ms. Newton shall file these documents with the Clerk of the Court by January 21, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 6th day of January, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jacqueline Newton