AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

Jacquelyn Newton

    Plaintiff

**V.**

COSTCO, INC. DAVID WESTON, MGR.
EDDIE FREENEY, MGR. VINCE BEASLEY
ANNE MCFADDEN, VALERIE WILLIAMS
AND ARNOLD GANTS

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 006010 CIV JORDAN

MAGISTRATE JUDGE JORDAN

TO: (Name and address of defendant)

    Anne McFadden
    16580 N. W. 59th Ave
    Miami Lakes, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jacquelyn Newton
    813 N.W. 3rd Terr
    Hallandale, Fl. 33009

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

**CLERK**

(BY) DEPUTY CLERK

DATE: JAN 2 1 2000