AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

Jacquelyn Newton

    Plaintiff

## SUMMONS IN A CIVIL CASE

**V.**

COSTCO, INC., DAVID WESTON, Mgr.
EDDIE FREENEY, MGR.
et al

CASE NUMBER: 006010 CIV JORDAN

MAGISTRATE JUDGE JORDAN

TO: (Name and address of defendant)
Valerie Williams
16580 N. W. 59th Ave.
Miami Lakes, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacquelyn Newton
813 N. W. 3rd Terr
Hallandale, Fl. 33009

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    Clarence Maddox

DATE    JAN 2 1 2000

(BY) DEPUTY CLERK