# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Jacquelyn Newton

**V.**
COSTCO, DAVID WESTON, MGR
Eddie Freeney, Mgr. et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 006010 CIV JORDAN

MAGISTRATE JUDGE JORDAN

TO: (Name and address of defendant)
COSTCO, INC.
16580 N.W. 59th Ave
Miami Lakes, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jacquelyn Newton, pro se
813 N.W. 3rd Terr.
Hallandale, Fl. 33009x

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 2 1 2000

CLERK

DATE

(BY) DEPUTY CLERK