# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Jacquelyn Newton
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

COSTCO, INC., DAVID WESTON, MGR.
EDDIE FREENEY, MGR., et al

CASE NUMBER: 006010 CIV JORDAN
MAGISTRATE JUDGE JORDAN

TO: (Name and address of defendant)
EDDIE FREENEY, MGR.
16580 N. W. 59TH AVE.
MIAMI, LAKES, FL.



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
JACQUELYN NEWTON, PRO SE
813 N. W. 4th Terr
Hallandale, Fl. 33009

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

**CLERK**

JAN 2 1 2000

**DATE**

(BY) DEPUTY CLERK