# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Jacquelyn Newton,

  Plaintiff

**V.**

COSTCO INC., DAVID WESTON, MGR.
EDDIE FREENEY, MGR. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 006010 CIV JORDAN

magistrate Judge Jordan

TO: (Name and address of defendant)

  ARNOLD GANTS
  16580 N. W. 59TH AVE.
  MIAMI LAKES, FL.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Jacquelyn Newton
  813 N. W. 3rd TERR
  HALLANDALE, FL. 33009

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE JAN 21 2000