# United States District Court

SOUTHERN  FLORIDA
DISTRICT OF

Jacquelyn Newton,

   PLaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 006010 CIV JORDAN

COSTCO, INC., DAVID WESTON, Mgr.
EDDIE FREENEY, MGR., et al

MAGISTRATE JUDGE JORDAN

TO: (Name and address of defendant)
DAVID WESTON, Mgr
16580 N. W. 59th Ave.
Miami, Lakes, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacquelyn Newton, pro se
813 N. W. 3rd Terr.
Hallandale, Fl. 33009

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox        JAN 2 2000
CLERK        DATE

*/s/ Clarence Maddox*
(BY) DEPUTY CLERK

