UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

JACQUELINE NEWTON, )
)
   Plaintiff, )
)
vs. )
)
COSTCO, INC.; DAVID WESTON; )
EDDIE FREENEY; VINCE BEASLEY; )
ANNE MCFADDEN; VALERIE )
WILLIAMS; & ARNOLD GANTS )
)
)
   Defendants )
)
_____ )

**MOTION TO HAVE SERVICE OF PROCESS
DONE BY U.S. MARSHALLS**

   COMES NOW, pro se Plaintiff, Jacqueline Newton, and files this her Motion to Have Service of Process Done by U.S. Marshalls, and in support of would state:

   1. Pro se Plaintiff filed a Motion to Proceed In Forma Pauperis, and assumed that this Motion would order the U. S. Marshalls to Serve Process on the Defendants listed in this case.

   2. I received a letter from the U.S. Marshalls that they couldn't serve the Summons to the Defendants, in that they had not received an order from the Court to Serve Said Summons.

   3. I visited the U.S. Marshals and gave them the order dated 1-0-2000, which granted Motion to Proceed in Forma Pauperis. But I was told that they needed an order from the Court to serve said Summons.

   WHEREFORE, I Pray that this Honorable Court would grant Plaintiff's Motion to have U. S. Marshalls serve Summons to the Defendants in this Case.

Respectfully Submitted,



*Jacqueline Newton*

---
Jacqueline Newton, pro se Plaintiff
813 N.W. 3rd Terrace
Hallandale, Fl. 33009
954/929-7239