UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiffs,

vs.

COSTCO, INC.; DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY; ANNE
McFADDEN; VALERIE WILLIAMS; &
ARNOLD GANTS,

    Defendants.



FILED by ___ D.C.

MAR 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL

Plaintiff Jacqueline Newton's motion to have service of process effected by the United States Marshal [D.E. 12] is GRANTED. The United States Marshal shall effect service on the defendants.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of March, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:    Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009

