U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jacquelyn Newton | 00-6010-Civ-Jordan |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Costco, Inc., et al | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Eddie Freeney, Mgr.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
16580 NW 59th Ave., Miami Lakes, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jacquelyn Newton  
813 NW 3rd Terr  
Hallandale, FL  33009

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER    DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  cm | Date 3/16/00 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 3-20-2000    Time 12:05 pm

Signature of U.S. Marshal or Deputy  
Schone Re770

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Jacquelyn Newton

    Plaintiff,

**V.**

COSTCO INC., DAVID WESTON, MGR.
EDDIE FREENEY, MGR., Vince Beasley
ANNE MCFADDEN, VALERIE WILLIAMS
and ARNOLD GANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 006010 CIV JORDAN

MAGISTRATE JUDGE JORDAN

TO: *(Name and address of defendant)*
    EDDIE FREENEY, MGR.
    16580 N. W. 59TH AVE.
    MAX MIAMI LAKES, FL.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY *(name and address)*
JACQUELYN NEWTON
813 N. W. 4th Terr
Hallandale, Fl. 33009

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 2 1 2000

CLERK      DATE

(BY) DEPUTY CLERK