**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jacquelyn Newton | 00-6010-Civ-Jordan |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Costco, Inc., et al | Summons & Complaint |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anne McFadden

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
16580 NW 59th Ave., Miami Lakes, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jacquelyn Newton
813 NW 3rd Terr.
Hallandale, FL  33009

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  cmo | Date 3/16/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-22-2000   Time: 3:45 pm

Signature of U.S. Marshal or Deputy
Simone Retto

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

17

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Jacquelyn Newton

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

COSTCO INC., DAVID WESTON, MGR.
EDDIE FREENEY, MGR. VINCE BEASLEY
ANNE MCFADDEN, VALERIE WILLIAMS
AND ARNOLD GANTS

    Defendants.

TO: (Name and address of defendant)

Anne McFadden
16580 N. W. 59th Ave.
Miami Lakes, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacquelyn Newton
813 N. W. 3rd Terr
Hallandale, Fl. 33009

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox          JAN 2 1 2000

CLERK          DATE

(BY) DEPUTY CLERK