UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JACQUELINE NEWTON

CASE NO. 00-6010 CIV-JORDAN

MAGISTRATE RANDSTRA

Plaintiff,

vs.

COSTCO, INC. DAVID WESTON, MGR.
EDDIE FREENEY, MGR. et al.

Defendants

_____ /

## MOTION FOR EXTENTION OF TIME

COMES NOW, Plaintiff JACQUELINE NEWTON, and files this her motion for extention of time, and in support of would state:

1. Plaintiff is in the process of searching for a seasoned attorney, and has filled out various forms of information concerning the case, and a decision is forthcoming in a few weeks.

2. Plaintiff JACQUELINE NEWTON, is a novice/amateur in the field of law, but feels that if she does not obtain an attorney, she is capable of filing the proper pleadings and other documents to have her day in court.

3. Pro se Plaintiff, JACQUELINE NEWTON requests this court grant her a 20 day extentiion of time to answer the Motion to Dismiss Amended Complaint and supporting memorandum of law, with the feeling that an attorney would be representing her in this matter throughout the final course of this case.

WHEREFORE, Pro se Plaintiff JACQUELINE NEWTON respectfully request this Court to grant the Motion for Extension of Time for 21 days, to allow the Pro se Plaintiff JACQUELINE NEWTON to retain a more seasoned professional in law (an Attorney) than this Novice pro se Plaintiff.

JACQUELINE NEWTON
pro se Plaintiff
813 N.W. 3rd Terr
Hallandale, Fl 33009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Pro se Plaintiff JACQUELYN NEWTON's Motion for

Extension of Time has been provided to Defendants COSTCO WHOLESALE CORPORATION, INC.
EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS, ARNOLD GANTS, DAVID WEST-
ON and VINCE BEASLEY, ATTORNEYS FOR DEFENDANTS 515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795, WEST PALM BEACH, FL 33402 by Regular U.S. Mail this 20th day of
April, 2000.

*Jacqueline Newton*

JACQUELINE NEWTON