

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____/

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS AND ARNOLD GANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendants, COSTCO WHOLESALE CORPORATION, INC.[1], ("COSTCO"), EDDYE FREENY[2] ("FREENY"), ANNE MCFADDEN ("MCFADDEN"), VALERIE WILLIAMS ("WILLIAMS") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel and pursuant to Rule 7.1, hereby respond to Plaintiff's, JACQUELINE NEWTON's ("NEWTON"), Motion for Extension of Time and state as follows:

---

[1] Improperly named as Costco, Inc. in the Amended Complaint and summons.

[2] Improperly named as Eddie Freeney in the Amended Complaint and summons.

Newton/Costco     -1-     Response to Motion for Extension of Time



1. Although Defendants would not have objected to Plaintiff's Motion for Extension of Time had Plaintiff conferred with counsel for the Defendants pursuant to Rule 7.1(A)(3), Defendants do object to Plaintiff's failure to follow the Local Rules of the United States District Court, Southern District of Florida. Although Defendants do recognize the Plaintiff is currently proceeding pro se, Defendants submit that she should still be required to adhere to the Rules of this Court.

> FITZGERALD, HAWKINS,
>   MAYANS & COOK, P.A.
> ATTORNEYS FOR DEFENDANTS
> 515 N. FLAGLER DRIVE, SUITE 900
> POST OFFICE BOX 3795
> WEST PALM BEACH, FL 33402
> (561) 832-8655 (Telephone)
> (561) 832-8678 (Telecopier)
> lghawkins@aol.com
>
> LYNN G. HAWKINS
> Florida Bar Number: 500704

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC., EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS and ARNOLD GANTS' Response to Plaintiff's Motion for Extension of Time has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail this 3rd day of May, 2000.

LYNN G. HAWKINS