

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

JACQUELINE NEWTON         )
      Plaintiff            )
                           )
vs.                       )
                           )
COSTCO, INC., DAVID WESTON,   )
EDDIE FREENEY, VINCE BEASLEY, )
ANNE McFADDEN, VALERIE        )
WILLIAMS, and ARNOLD GANTS    )
      Defendants           )
_____)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Plaintiff Jacqueline Newton's motion to for additional time in which to respond to the motion to dismiss [D.E. 21] is GRANTED. Ms. Newton shall respond to the motion by no later than May 19, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of May, 2000.

                                                    Adalberto Jordan
                                                  United States District Judge

Copy to:   Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009
              Lynn G. Hawkins, Esq. (fax: 561-832-8678)