UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JACQUELYN NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON,
EDDIE FREENEY, et al
_____/

CIVIL DIVISION

CASE NO. 006010

MAGISTRATE JUDGE JORDAN

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

PLAINTIFF, JACQUELYN NEWTON, in proper person, pursuant to the Federal Rules of Civil Procedure, Rule 12(b), the Local Rules of the Southern District of Florida and applicable United States laws and statutes, submits her Response to Defendants' Motion to Dismiss and moves this Honorable Court for an extension of time to file an Amended Complaint in the above styled cause, stating,

1. Defendants' Motion to Dismiss in paragraph II. contends a failure to comply with Fed.R.C.P. Rule 10, in seeking a dismissal of Counts I & II of Plaintiff's complaint. However, Plaintiff's complaint is clear in denoting parties sued in the caption stated beneath each Count. Plaintiff has sued only the Defendant corporation COSTCO, INC., for sexual harassment under the applicable Florida and Federal Acts protecting civil rights. Since the individuals Defendant complains have not been clearly sued in separate counts, are not being sued at all in these counts of the complaint, Defendants' point is not well taken.

**NON-COMPLIANCE OF S.D. fla. L.R.**

2. The point raised by the Defendant in paragraph III. of his Motion to Dismiss alleges a generalized inability to determine whether the proper elements of each count are alleged due to Plaintiffs' incorporation of facts within preceding paragraphs. The case cited in support thereof does not create a legal ground for dismissal and applied to these facts is not on point. The statements within each count of Plaintiff's complaint do comprise the elements of the cause of action pled, and where further factual support is required for proper pleading, said facts have been stated and incorporated.

3. As to the remaining defendants named in the complaint as parties, which Defendant complains in the remaining paragraph IV. are improperly sued, Plaintiff seeks leave of court to clarify the role of these individuals as witnesses or party defendants .

4. Without further Court Order necessary, Plaintiff requests this Court permit an extension of time for an additional fifteen days from this date within which to file an Amended Complaint in this cause. Plaintiff will reserve the Defendants by process-server with the Amended Complaint, in response to Defendants' allegations of Insufficiency of process in Paragraph I. of his Motion to Dismiss.

5. The Federal Rules of Civil Procedure require liberality in the granting of motions to amend pleadings and in the interests of justice the Plaintiff is entitled to a reasonable amount of time to file and serve her first amended complaint.

WHEREFORE, based upon the aforestated, Plaintiff respectfully requests that this Honorable Court enter an Order denying Defendants' Motion to Dismiss and permitting the Plaintiff an additional fifteen days within which to file an Amended Complaint.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the attorney for the Defendants, LYNN G. HAWKINS, ESQ., at Suite 900, 515 N. Flagler St., P.O. Box 3795, West Palm Beach, Fla. 33402, this 18TH day of May, 2000.

Respectfully submitted,

By: /s/ Jacquelyn Newton
JACQUELYN NEWTON
Plaintiff, pro se
813 N.W. 3rd Terr.
Hallandale, Fla. 33009