

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____/

### DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS AND ARNOLD GANTS' MOTION FOR EXTENSION OF TIME TO SERVE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Defendants, COSTCO WHOLESALE CORPORATION, INC.[1], ("COSTCO"), EDDYE FREENY[2] ("FREENY"), ANNE MCFADDEN ("MCFADDEN"), VALERIE WILLIAMS ("WILLIAMS") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, hereby move this Honorable Court for the entry of an Order as attached hereto extending the time to serve a reply to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for

---

[1] Improperly named as Costco, Inc. in the Amended Complaint and summons.

[2] Improperly named as Eddie Freeney in the Amended Complaint and summons.



Extension of Time to File Amended Complaint until and including June 5, 2000 and in support thereof state as follows:

1. Rule 6(b), Federal Rules of Civil Procedure, allows a Court, for cause shown, in its discretion, to order the period within which an act is required to be done enlarged if a request therefor is made before the expiration of the period originally prescribed.

2. Plaintiff allegedly served the Defendants with Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Extension of Time to File Amended Complaint in this matter on May 18, 2000. Therefore, a reply is currently due on May 26, 2000. The office of undersigned counsel did not receive Plaintiff's response, however, until May 23, 2000, the date of this Motion. As undersigned counsel is scheduled to be out of town beginning today, she is unable to reply by May 26, 2000 to Plaintiff's Response.

3. No party will be prejudiced by this Court granting this brief extension of time.

5. Undersigned counsel has not spoken to Plaintiff concerning this Motion as Plaintiff has never provided her telephone number on any pleadings filed with this Court.

FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

LYNN G. HAWKINS
Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC., EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS and ARNOLD GANTS' Motion for Extension of Time has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail this 23rd day of May, 2000.

_____
LYNN G. HAWKINS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____/

## ORDER GRANTING DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., EDDYE FREENY, ANNE MCFADDEN, VALERIE WILLIAMS AND ARNOLD GANTS' MOTION FOR EXTENSION OF TIME TO SERVE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

THIS MATTER having come before the Court upon the Defendants' Motion for Extension of Time to Serve a Reply to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Extension of Time to File Amended Complaint, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion for Extension of Time to Serve a Reply to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Extension of Time to File Amended Complaint be and is hereby GRANTED and Defendants shall have up to and including

-2-

June 5, 2000 to serve a Reply to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Extension of Time to File Amended Complaint.

DONE AND ORDERED this ___ day of _____, 2000 in Chambers at Miami, Florida.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Lynn G. Hawkins, Esquire, FitzGerald, Hawkins, Mayans & Cook, P.A., Post Office Box 3795, West Palm Beach, FL 33401 (Facsimile: 561-832-8678)

Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009