

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON<br><br>Plaintiff<br><br>vs.<br><br>COSTCO, INC., DAVID WESTON,<br>EDDIE FREENEY, VINCE BEASLEY,<br>ANNE McFADDEN, VALERIE<br>WILLIAMS, and ARNOLD GANTS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The defendants' motion for additional time in which to reply to Jacqueline Newton's response to the defendants' motion to dismiss and to Ms. Newton's motion to amend (filed May 26, 2000) is DENIED in light of the Court's previous order denying the motion to dismiss.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of May, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:  Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009
Lynn G. Hawkins, Esq. (fax: 561-832-8678)

