UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN



| | |
|---|---|
| JACQUELINE NEWTON ) | |
| Plaintiff ) ) | |
| vs. ) | |
| COSTCO, INC., DAVID WESTON, ) EDDIE FREENEY, VINCE BEASLEY, ) ANNE McFADDEN, VALERIE ) WILLIAMS, and ARNOLD GANTS ) ) | |
| Defendants ) ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Plaintiff Jacqueline Newton's motion for leave to file a second amended complaint [D.E. 24] is GRANTED. Ms. Newton must file her second amended complaint by no later than June 9, 2000. The pending motion to dismiss [D.E. 20] is DENIED AS MOOT. Defendants have leave to refile or renew that motion after receiving the second amended complaint.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of May, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009
          Lynn G. Hawkins, Esq. (fax: 561-832-8678)