UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

FILED BY _____ DC
00 JUN 30 AM 9:38
CLARENCE MADDOX
CLERK DIST. CT.
S.D. OF FLA - MIAMI

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, INC.,
DAVID WESTON; VINCE BEASLEY;
AND ARNOLD GANTS,

    Defendants.

_____/

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC. AND ARNOLD GANTS' MOTION FOR ENTRY OF ORDER REQUIRING PLAINTIFF'S COMPLIANCE WITH LOCAL RULE 16.1 OR, ALTERNATIVELY, MOTION PERMITTING DEFENDANTS TO FILE A UNILATERAL SCHEDULING REPORT AND RULE 26.1 CERTIFICATE OF DEFENDANTS' COUNSEL

Defendants, COSTCO WHOLESALE CORPORATION, INC.[1], ("COSTCO"), and ARNOLD GANTS ("GANTS")[2], by and through their undersigned counsel, hereby respectfully request this Honorable Court to enter an Order requiring Plaintiff's compliance with Local Rule 16.1 or, alternatively, for an Order permitting Defendants to file a unilateral scheduling report and in support thereof state as follows:

---

[1] Improperly named as Costco, Inc. in the Amended Complaint and summons.

[2] Undersigned counsel is responding on behalf of all Defendants with the exception of David Weston and Vince Beasley who have not been served as of the date of this pleading.

Newton/Costco      -1-      Motion re: 16.1

1. In accordance with Local Rule 16.1, a joint scheduling report and proposed order is past due to this Court.

2. Pursuant to Rule 26.1, undersigned counsel certifies that she wrote to Plaintiff by letter dated May 11, 2000 in a good faith effort to resolve by agreement the issue of a joint scheduling report, alerted Plaintiff to the Rule requiring a joint scheduling report and asked that Plaintiff contact the undersigned. Undersigned counsel could not telephone Plaintiff as Plaintiff has never provided a telephone number in any of the pleadings filed in this matter. A copy of the May 11, 2000 letter is attached hereto.

3. To date, Plaintiff has failed to contact undersigned counsel regarding the scheduling report and has had no verbal communications with undersigned counsel on any matter.

4. Undersigned counsel desires to comply with the Local Rule by either filing a joint scheduling report with Plaintiff's cooperation or, alternatively, a unilateral scheduling report.

WHEREFORE, Defendants COSTCO and GANTS respectfully request this Court to enter an Order requiring Plaintiff to comply with Local Rule 16.1 and contact counsel for the undersigned or, alternatively, enter an Order allowing Defendants COSTCO and GANTS to file a Unilateral Scheduling Report.

> FITZGERALD, HAWKINS, MAYANS &
> COOK, P.A.
> ATTORNEYS FOR DEFENDANTS
> 515 N. FLAGLER DRIVE, SUITE 900
> POST OFFICE BOX 3795
> WEST PALM BEACH, FL 33402
> (561) 832-8655 (Telephone)
> (561) 832-8678 (Telecopier)
> lghawkins@aol.com
>
> LYNN G. HAWKINS
> Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail this 26th day of June, 2000.

_____
LYNN G. HAWKINS

# FitzGerald, Hawkins, Mayans & Cook, P.A.

Northbridge Centre, Suite 900
515 North Flagler Drive
West Palm Beach, Florida 33401

Gregory D. Cook
E. Cole FitzGerald, III
Lynn G. Hawkins
Steven A. Mayans*
Michael A. Weeks
*Federal and State Certified Court Mediator

MAILING ADDRESS:
P.O. Box 3795, West Palm Beach, Florida 33402
Telephone: (561) 832-8655
Facsimile: (561) 832-8678
E-Mail: "flalawyers@aol.com"

Ms. Hawkins' Direct Lines
Telephone: (561) 832-1718
E-Mail: "LGHawkins@aol.com"

Of Counsel
Michelle L. Azar
Amy S. Borman
Winslow D. Hawkes III
Thomas A. Hickey

May 11, 2000

Jacquelyn Newton
813 N.W. 3rd Terr.
Hallandale, FL 33009

> *RE: Jacqueline Newton v. Coctco, Inc.; David Weston; Eddie Freeney; Vince Beasley; Anne McFadden; Valerie Williams & Arnold Gants*

Dear Ms. Newton:

In accordance with Local Rule 16.1, Southern District of Florida, we are required to meet in person, by telephone, or by other comparable means, for a variety of purposes, including exchanging documents, exchanging lists of witnesses, agreeing upon a discovery schedule, as well as other issues. I am enclosing a copy of the appropriate rule with this letter. I would appreciate your contacting me upon your receipt of this letter so that we may comply with this rule immediately.

I look forward to hearing from you.

Very truly yours,

Lynn G. Hawkins

LGH/ah
Enclosure
cc:   Client