

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON | ) |
| Plaintiff | ) |
| vs. | ) |
| COSTCO, INC., DAVID WESTON, EDDIE FREENEY, VINCE BEASLEY, ANNE McFADDEN, VALERIE WILLIAMS, and ARNOLD GANTS | ) |
| Defendants | ) |

## ORDER

The plaintiffs' motion for an order requiring the plaintiff, Jacqueline Newton, to comply with Local Rule 16.1 [D.E. 29] is GRANTED. Ms. Newton shall cooperate with counsel for the defendants in helping to prepare and submit a scheduling report to this Court by no later than July 31, 2000, or show cause why sanctions should not be imposed. If Ms. Newton does not cooperate, defendants' counsel shall submit a unilateral report by no later than July 31, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of July, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009
           Lynn G. Hawkins, Esq. (fax: 561-832-8678)

