UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN



JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____/

### DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., AND ARNOLD GANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY

Defendants, COSTCO WHOLESALE CORPORATION, INC., ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, and pursuant to Rule 37, Federal Rules of Civil Procedure, and Rule 26.1H Local Rules of the United States District Court of the Southern District of Florida, hereby respectfully request this honorable Court to enter an Order compelling Plaintiff JACQUELINE NEWTON ("NEWTON") to respond to Defendants' First Set of Interrogatories and Defendants' First Request for Production of Documents and in support thereof state as follows:

    1.    On April 10, 2000, Defendants served Defendants' First Set of Interrogatories to Plaintiff on NEWTON. NEWTON has not responded in any way.

NON-COMPLIANCE OF S.D. Fla. L.R. _____

Newton/Costco    -1-    Motion to Compel

2. On May 16, 2000, Defendants served Defendants' First Request for Production of Documents on NEWTON. NEWTON has not responded in any way.

3. Although Defendants have not pressured Plaintiff to respond to this discovery in light of the fact that she is a pro se plaintiff and was in the midst of preparing a second amended complaint, under the Local Rules, Defendants cannot wait any longer to file this Motion to Compel.

4. In accordance with Local Rule 26.1I, undersigned counsel has filed a Certificate of Counsel simultaneously with this Motion.

WHEREFORE, Defendants COSTCO and GANTS, respectfully request this Court to enter an Order compelling Plaintiff NEWTON to answer Defendants' First Set of Interrogatories and respond to Defendants' First Request for Production of Documents, sanctioning Plaintiff pursuant to Rule 37(d) and awarding Defendants their attorney's fees caused by Plaintiff's failure to respond to Defendants' discovery.

> FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
> ATTORNEYS FOR DEFENDANTS
> 515 N. FLAGLER DRIVE, SUITE 900
> POST OFFICE BOX 3795
> WEST PALM BEACH, FL 33402
> (561) 832-8655 (Telephone)
> (561) 832-8678 (Telecopier)
> lghawkins@aol.com
>
> LYNN G. HAWKINS
> Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC. and ARNOLD GANTS' Motion to Compel Plaintiff's Responses to Discovery has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail and Certified U.S. Mail, Return Receipt Requested, this 18th day of July, 2000.

*[signature]*

LYNN G. HAWKINS