UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN



JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____/

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., AND ARNOLD GANTS' CERTIFICATE OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 26.1I

Defendants, COSTCO WHOLESALE CORPORATION, INC., ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, on this day filed a Motion to Compel Plaintiff's Responses to Defendants' First Set of Interrogatories and Defendants' First Request for Production of Documents. Prior to filing this Motion, undersigned counsel has made a reasonable effort to confer with Plaintiff, JACQUELINE NEWTON ("NEWTON"), in a good faith effort to resolve by agreement the issues raised in the Motion to Compel. Plaintiff has never provided a telephone number in any of the pleadings filed in this matter and Defendants do not have a current telephone number for Plaintiff. Therefore,

undersigned counsel wrote Plaintiff on Tuesday, July 11, 2000 informing Plaintiff that she needed to contact undersigned counsel by Friday, July 14, 2000 regarding the outstanding discovery. As of the date of this Certificate, undersigned counsel is not aware of Plaintiff making any efforts to comply with discovery requests or to contact undersigned counsel regarding the requests.

>
> FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
> ATTORNEYS FOR DEFENDANTS
> 515 N. FLAGLER DRIVE, SUITE 900
> POST OFFICE BOX 3795
> WEST PALM BEACH, FL 33402
> (561) 832-8655 (Telephone)
> (561) 832-8678 (Telecopier)
> lghawkins@aol.com
>
> _____
> LYNN G. HAWKINS
> Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC. and ARNOLD GANTS' Certificate of Counsel in Accordance with Local Rule 26.1I has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail and Certified U.S. Mail, Return Receipt Requested, this 18th day of July, 2000.

_____
LYNN G. HAWKINS