UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS

    Defendants

_____ /

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC. AND ARNOLD GANTS' UNILATERAL SCHEDULING REPORT

Defendants, COSTCO WHOLESALE CORPORATION, INC. ("COSTCO") and ARNOLD GANTS ("GANTS"), hereby submit the following Unilateral Scheduling Report pursuant to the Court's Order of July 12, 2000.

    1.    **DETAILED SCHEDULE OF DISCOVERY FOR DEFENDANTS COSTCO AND GANTS**

Defendants Costco and Gants suggest that this case should be assigned to the standard track per local rule 16.1.a.2.b. Defendants Costco and Gants have propounded initial Interrogatories and a Request for Production of Documents and intend to propound Requests for Admissions and take the deposition of the Plaintiff. Defendants COSTCO

AND GANTS will determine additional depositions to be taken based upon responses to initial discovery.

Defendants COSTCO and GANTS anticipate discovery problems which require early Court resolution. Defendants COSTCO and GANTS suggest a discovery cutoff of 90 days before trial calendar.

2. **DISCUSSION OF THE LIKELIHOOD OF SETTLEMENT**

Defendants COSTCO and GANTS cannot provide any information on the likelihood of settlement as Plaintiff has failed to respond to all efforts of Defendants COSTCO and GANTS to comply with Rule 16.1.

3. **DISCUSSION OF THE LIKELIHOOD OF APPEARANCES IN THE ACTION OF ADDITIONAL PARTIES**

Defendants COSTCO and GANTS believe that it is unlikely that any additional parties will appear in this action.

4. **PROPOSED LIMITS ON THE TIME**

   1. To join other parties and to amend the pleadings - January 5, 2001
   2. To file and hear motions - May 18, 2001
   3. To complete discovery - April 18, 2001

5. **PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, INCLUDING THE ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES**

None at this time.

6. **THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

None at this time.

7. **THE POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS WHICH WILL AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS AND THE NEED FOR ADVANCED RULINGS FROM THE COURT ON ADMISSIBILITY OF EVIDENCE**

   Defendants COSTCO and GANTS are agreeable in attempting to stipulate to admissions of fact and of documents as to avoid unnecessary proof.

8. **SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE.**

   None at this time.

9. **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

   Defendants COSTCO and GANTS agree to resolve all discovery issues in front of a local Magistrate Judge.

10. **A PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL**

    Defendants COSTCO and Gants estimate that the trial in this case will take five (5) to seven (7) full days of trial time.

11. **REQUESTED DATE OR DATES FOR CONFERENCES BEFORE TRIAL, FINAL PRETRIAL CONFERENCE, AND TRIAL**

    Defendants COSTCO and GANTS request a final pretrial conference to be conducted in August, 2001. Further, Defendants COSTCO and GANTS request a trial date in September, 2001.

12. **ANY INFORMATION THAT MAY BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE**

    None at this time.

Dated this 28th day of July, 2000.

                              FITZGERALD, HAWKINS, MAYANS &
                              COOK, P.A.
                              ATTORNEYS FOR DEFENDANTS
                              515 N. FLAGLER DRIVE, SUITE 900
                              POST OFFICE BOX 3795
                              WEST PALM BEACH, FL 33402
                              (561) 832-8655 (Telephone)
                              (561) 832-8678 (Telecopier)
                              lghawkins@aol.com

                              LYNN G. HAWKINS
                              Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC. and ARNOLD GANTS' Unilateral Scheduling Report has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009 by Regular U.S. Mail this 28th day of July, 2000.

                              LYNN G. HAWKINS