UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  00-6010-CIV-JORDAN

!LED BY _____ D.C.
!TAKE

00 AUG -7  PM 4: 45

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

JACQUELINE NEWTON,

     Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS

     Defendants

_____ /

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., AND ARNOLD GANTS' REPLY TO PLAINTIFF'S OBJECTIONS TO ANY MOTIONS FOR CONTEMPT

     Defendants, COSTCO WHOLESALE CORPORATION, INC. ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, hereby reply to Plaintiff, JACQUELINE NEWTON's ("NEWTON") Objections to Any Motions for Contempt[1] and state as follows:

     1.    On July 18, 2000, Defendants COSTCO and GANTS served their Motion to Compel Plaintiff's Responses to Discovery as Plaintiff had failed to respond to Defendants

_____

[1] Defendants assume Plaintiff is referring to Defendants' Motion to Compel as a "Motion for Contempt" has never been filed.

COSTCO and GANTS' First Set of Interrogatories and First Request for Production of Documents.

2.      By facsimile on July 31, 2000, Defendants' undersigned counsel received Plaintiff's Objections to any Motions for Contempt stating that Plaintiff had responded to Defendants' First Set of Interrogatories therefore making a Motion for Contempt moot.

3.      Although Plaintiff did respond to Defendants' First Set of Interrogatories on July 31, 2000, her responses were more than two months past due and were only received after Defendants COSTCO and GANTS were forced to incur the expenses of filing a Motion to Compel.

4.      Contrary to Plaintiff's position that the Motion to Compel is moot because she has complied with discovery, Plaintiff has still failed to respond in any way to Defendants COSTCO and GANTS' First Request for Production of Documents served on May 16, 2000 and has failed to address this issue in her response. Therefore, Defendants COSTCO and GANTS' Motion to Compel which addressed both the First Set of Interrogatories and First Request for Production of Documents is not moot.

WHEREFORE, Defendants COSTCO WHOLESALE CORPORATION, INC. and ARNOLD GANTS respectfully request this Court to enter an Order compelling Plaintiff NEWTON to respond to Defendants' First Request for Production of Documents, sanctioning Plaintiff pursuant to Rule 37(d) and awarding Defendants their attorney's fees caused by Plaintiff's failure to timely respond to Defendants' discovery.

FITZGERALD, HAWKINS, MAYANS &
COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

LYNN G. HAWKINS
Florida Bar Number:  500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE

CORPORATION, INC. and ARNOLD GANTS' Reply to Plaintiff's Objections to Any Motions

for Contempt has been provided to Jacquelyn Newton, 813 N.W. 3rd Terr., Hallandale, FL 33009

by Regular U.S. Mail and Certified U.S. Mail, Return Receipt Requested, this 3rd day of August,

2000.

LYNN G. HAWKINS