UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

        Plaintiff,

vs.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS,

        Defendants.
_____/



### ORDER

THIS CAUSE came before the Court on Defendants Costco Wholesale Corporation,

Inc. and Arnold Gants' Motion to Compel Plaintiff's Responses to Discovery filed on July

20, 2000.  Upon review of this motion, the response and reply therto, the court file and

applicable law, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Compel Plaintiff's

Responses to Discovery is GRANTED to the extent that plaintiff shall, within ten (10) days

of the date of this Order, provide full and compete responses to defendants' first request

for production of documents.

\



DONE AND ORDERED in Chambers at Miami, Florida this 18TH day of August, 2000.

Ted E. Bless

United States District Judge

Copies furnished to:
All counsel of record
Counsel of record