UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

FILED by _____ D.C.

AUG 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| JACQUELINE NEWTON | ) |
| Plaintiff | ) |
| vs. | ) |
| COSTCO, INC., DAVID WESTON, EDDIE FREENEY, VINCE BEASLEY, ANNE McFADDEN, VALERIE WILLIAMS, and ARNOLD GANTS | ) |
| Defendants | ) |

### ORDER TO SHOW CAUSE

I ordered Jacqueline Newton to cooperate with the defendants' counsel in preparing and submitting a scheduling report. If Ms. Newton failed to cooperate, the defendants were to submit a unilateral scheduling report. *See* Order [D.E. 31] (July 12, 2000). Apparently, Ms. Newton did not cooperate because the defendants filed a unilateral report on July 28, 2000.

Ms. Newton is ordered to show cause in writing by no later than September 8, 2000, why she should not be sanctioned for failing to comply with my orders. If Ms. Newton fails to respond to this order, I will dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).

DONE and ORDERED in chambers in Miami, Florida, this 28th day of August, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jacqueline Newton, 813 N.W. Third Terrace, Hallandale, Florida 33009
           Lynn G. Hawkins, Esq. (fax: 561-832-8678)