UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JACQUELINE NEWTON

    Plaintiff,

vs.

CASE NO. 00-6010-CIV-JORDAN

JUDGE ADALBERTO JORDAN

COSTCO, INC. DAVID WESTON,
EDDIE FREENEY, VINCE BEASLEY,
ANNE MCFADDEN, VALERIE
WILLIAMS and ARNOLD GANTS

    Defendants.
_____/



## PLAINTIFF'S UNILATERAL SCHEDULING REPORT

PLAINTIFF, JACQUELINE NEWTON, by and through her undersigned counsel, LAW OFFICES OF ARTHUR RAZOR, ESQ., hereby submits the following Unilataeral Scheduling Report pursuant to the prior Orders of this court.

1. **DETAILED SCHEDULE OF DISCOVERY FOR PLAINTIFF**

Plaintiff has requested and is entitled to a jury trial in this cause. Plaintiff intends to serve the Defendants with initial Interrogatorries and a Request for Production of Documents and intends to take the depositions of the Defendants and witnesses listed on Plaintiff's responses to Defendant's Interrogatories which were previously served upon the Defendants. Thereafter, Plaintiff will determine additional depositions necessary to take based upon responses to initial discovery. Plaintiff has requested from the Defendants copies of any documents in its possession or that it receives in response to Subpoenas for documents from non-parties served in this cause.

2. **DISCUSSIONS OF THE LIKELIHOOD OF SETTLEMENT**

There exists a substantial probability of settlement of this matter as the discovery process progresses toward completion.

3. **DISCUSSION OF THE LIKLIHOOD OF APPEARANCES IN THE ACTION OF ADDITIONAL PARTIES**

Plaintiff does not anticipate the appearance of any additional parties in this action.

4. **PROPOSED LIMITS ON THE TIME**

Plaintiff has no objection to the proposed limits on time as reflected by the Defendants on their Unilateral Scheduling Report, so long as this matter is set on the Court's **jury trial docket.**

5. **PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, INCLUDING THE ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES**

None at this time.

6. **THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

None at this time. Plaintiff believes that its Second Amended Complaint will withstand the challenges made by the Defendant in its pending Motion to Dismiss Second Amended Complaint and that no further amendment thereto will be necessary.

7. **THE POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS WHICH WILL AVOID UNNECESSARY PROOF STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS AND THE NEED FOR ADVANCED RULINGS FROM THE COURT ON THE ADMISSIBILITY OF EVIDENCE**

   Plaintiff is agreeable in attempting to stipulate to admissions of fact and documents as to avoid unnecessary proof.

8. **SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE**

   None at this time.

9. **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

   Plaintiff has no objection to the submission of discovery issues in front of a local Magistrate Judge.

10. **A PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL**

    Plaintiff estimates that a **Jury Trial** of this cause would take between (3) and (5) full days of trial time.

11. **REQUESTED DATE OR DATES FOR CONFERENCES BEFORE TRIAL, FINAL PRETRIAL CONFERENCE AND TRIAL**

    Plaintiff has no objection to the proposed dates of Defendant as to a final pretrial conference to be conducted in August, 2001 and a trial date in September, 2001, in its Unilateral Scheduling Report.

12. **ANY INFORMATION THAT MAY BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE.**

None at this time.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail/fax to the attorney for Defendants, Lynn G. Hawkins, Esq., at Suite 900, 515 N. Flagler Dr., West Palm Beach, Fl. 33402, this 1st day of September, 2000.

Respectfully submitted,

LAW OFFICES OF ARTHUR RAZOR, ESQ.
Suite no. 201
5840 Stirling Rd.
Hollywood, Fla. 33021
(954) 772-0706

By: *Arthur N. Razor*
ARTHUR RAZOR, ESQ.
Fla. Bar no. 251003