UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JACQUELINE NEWTON

    Plaintiff,

CASE NO. 00-6010-CIV-JORDAN

JUDGE ADALBERTO JORDAN

vs.

COSTCO, INC. DAVID WESTON,
EDDIE FREENEY, VINCE BEASLEY,
ANNE MCFADDEN, VALERIE
WILLIAMS and ARNOLD GANTS

    Defendants.
_____/

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

PLAINTIFF, JACQUELINE NEWTON, by and through her undersigned counsel, LAW OFFICES OF ARTHUR RAZOR, ESQ., responds to the Order to Show Cause entered in this cause, on August 28, 2000, stating as follows:

1. Plaintiff filed this action pro se and has been unrepresented by counsel in this cause until the entry by the undersigned counsel of his Notice of Appearance which is being filed contemporaneously with this Response.

2. Until retaining the undersigned counsel, Plaintiff had made diligent efforts to obtain legal counsel, but had not been able to secure counsel until the present time.

3. Plaintiff has attached hereto as an exhibit a copy of her <u>Unitlateral Scheduling Report</u>, the original of which has been forwarded to the Clerk of the Court for filing in this cause. Plaintiff's failure to timely comply with the filing of a Joint Scheduling Report with the Defendants in this cause, constitutes the basis of the

aforementiond Order to Show Cause.

4. Plaintiff, Jacqueline Newton, has no recollection of receiving this Court's Order prior to the entry of the aforementioned Order to Show Cause. Plaintiff apologizes for any apparent lack of cooperation, however her failure was not intentional on her part.

In any event, Plaintiff's conduct was inadvertent and constitutes a mistake and/or excusable neglect for which sanctions should not be imposed. Certainly, the law does not support the extreme sanction of dismissal of her cause, which is not at issue due to the pendency of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

5. Defendant's have inured no prejudice by the delay in Plaintiff's filing her attached scheduling report. Plaintiff will fully cooperate with counsel for the Defendant's when required by rules, law or court order.

WHEREFORE, based on the aforestated, showing of good faith compliance, Plaintiff respectfully requests that this Honorable Court not impose sanctions against the Plaintiff.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail/fax to the attorney for Defendants, Lynn G.Hawkins, Esq., at Suite 900, 515 N. Flagler Dr., West Palm Beach, Fl. 33402, this 1st day of September, 2000.

Respectfully submitted,

LAW OFFICES OF ARTHUR RAZOR, ESQ.
Suite no. 201
5840 Stirling Rd.
Hollywood, Fla.  33021
(954) 772-0706

By: _____
    ARTHUR RAZOR, ESQ.
    Fla. Bar no. 251003