UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JACQUELINE NEWTON,                      CIVIL DIVISION

    Plaintiff,                      CASE NO. 006010-CIV-Jordan

vs.                                     MAGISTRATE JUDGE JORDAN

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS,

    Defendants
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel of record and will appear on behalf of the Plaintiff, Jacqueline Newton in the above styled cause. Please direct all further pleadings, notices, correspondence and other documents pertaining to this cause to the attention of the undersigned at the address hereinbelow.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered by mail to the attorney for the Defendants, Lynn G. Hawkins, Esq., at Suite 900, 515 N. Flagler St., P.O. Box 3795, West Palm Beach, Fla. 33402, this 31ST day of August, 2000.

LAW OFFICES OF ARTHUR RAZOR, ESQ.
Suite 201
5840 Stirling Rd.
Hollywood, Fla. 33021
(954) 772-0706

By: _____
ARTHUR RAZOR, ESQ.
Fla. Bar no. 251003