UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS

    Defendants

_____ /

### DEFENDANTS COSTCO WHOLESALE CORPORATION, INC. AND ARNOLD GANTS' NOTICE TO THE COURT OF PLAINTIFF'S FAILURE TO COMPLY WITH ORDER OF AUGUST 18, 2000

    Defendants, COSTCO WHOLESALE CORPORATION, INC. ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, hereby inform the Court as follows:

    1.    On July 20, 2000, Defendants COSTCO and GANTS filed a Motion to Compel Plaintiff's Responses to Discovery. On August 18, 2000, this Court entered an Order granting this Motion to the extent that "plaintiff shall, within ten (10) days of the date of this Order, provide full and complete responses to defendants' first request for production of documents." As a result, Plaintiff's response to Defendant's First Request for Production was due no later than

August 28, 2000. To date, Plaintiff has still not responded to Defendant's First Request for Production.

2. Defendants COSTCO and GANTS submit to this Court that this additional failure of Plaintiff to comply with an Order of this Court provides supplemental and overwhelming grounds to grant Defendants COSTCO and GANTS' Motion to Dismiss or, Alternatively, Motion for Sanctions for Plaintiff's Failure to Comply with Court Orders, Failure to Respond to Motion to Dismiss Second Amended Complaint, Failure to Respond to Discovery and Failure to Comply With Local Rules served on August 14, 2000.

                    FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

_____
LYNN G. HAWKINS
Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to counsel for Plaintiff Jacquelyn Newton, Arthur Razor, Esq., Law Offices of Arthur Razor, Esq., Suite 201, 5840 Stirling Rd., Hollywood, FL 33021 by Regular U.S. Mail this 18th day of September, 2000.

_____
LYNN G. HAWKINS