UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| COSTCO, INC., *et al.*, | ) |
| Defendants. | ) |

**ORDER TO COMPLY WITH DISCOVERY ORDER AND
ORDER TO SHOW CAUSE**

The plaintiff Jacqueline Newton is ordered to comply with the August 18, 2000, court order compelling discovery [D.E. 37] within seven days of this order. Furthermore, Jacqueline Newton is ordered to show cause why sanctions should not be imposed for failure to comply with the court's order compelling discovery.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of September, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Arthur Razor, Esq.
           Lynn Hawkins, Esq.

