UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS

    Defendants

_____ /

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC. AND ARNOLD GANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO SERVE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants, COSTCO WHOLESALE CORPORATION, INC. ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, hereby move to strike Plaintiff's Response to Motion to Dismiss Second Amended Complaint or, alternatively, move for an extension of time to serve a reply to Plaintiff's Response to Motion to Dismiss Second Amended Complaint and in support thereof state as follows:

1. On June 26, 2000, Defendants COSTCO and GANTS served by U.S. Mail to Plaintiff their Motion to Dismiss Second Amended Complaint, Motion to Dismiss or Strike Certain Claims for Relief and Supporting Memorandum of Law.

2. On October 5, 2000, Plaintiff served Plaintiff's Response to Motion to Dismiss Second Amended Complaint.

## MEMORANDUM

Pursuant to Rule 7.1. C of the Local Rules of the United States District Court for the Southern District of Florida:

> [e]ach party opposing a motion shall serve an opposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

In accordance with this Rule, Plaintiff's opposing memorandum of law to Defendants' Motion was due no later than July 14, 2000. Therefore, Plaintiff's Response to Motion to Dismiss Second Amended Complaint has been served more than two and one-half months past the time it was due to this Court for consideration and should not be considered by this Court.

Alternatively, if this Court should enter an order denying Defendants' Motion to Strike and ruling that the Court will consider Plaintiff's Response to Motion to Dismiss Second Amended Complaint, Defendants request that this Court permit them until ten days after the Court's order to serve a reply to Plaintiff's Response to Motion to Dismiss Second Amended Complaint.

FITZGERALD, HAWKINS, MAYANS &
COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

LYNN G. HAWKINS
Florida Bar Number: 500704

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to counsel for Plaintiff Jacquelyn Newton, Arthur Razor, Esq., Law Offices of Arthur Razor, Esq., Suite 201, 5840 Stirling Rd., Hollywood, FL 33021 by Regular U.S. Mail this 10th day of October, 2000.

LYNN G. HAWKINS