UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.:   00-6010-CIV-JORDAN**

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
DAVID WESTON, VINCE BEASLEY
AND ARNOLD GANTS

    Defendants

_____ /

## DEFENDANTS COSTCO WHOLESALE CORPORATION, INC. AND ARNOLD GANTS' NOTICE TO THE COURT OF PLAINTIFF'S FAILURE TO COMPLY WITH ORDER OF SEPTEMBER 27, 2000

Defendants, COSTCO WHOLESALE CORPORATION, INC. ("COSTCO") and

ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, hereby inform the

Court as follows:

1.    On July 20, 2000, Defendants COSTCO and GANTS filed a Motion to Compel

Plaintiff's Responses to Discovery. On August 18, 2000, this Court entered an Order granting

this Motion to the extent that "plaintiff shall, within ten (10) days of the date of this Order,

provide full and complete responses to defendants' first request for production of documents."

As a result, Plaintiff's response to Defendant's First Request for Production was due no later than August 28, 2000.

2.     On September 20, 2000, Defendants COSTCO and GANTS filed their Notice to the Court of Plaintiff's Failure to Comply with Order of August 18, 2000.

3.     On September 27, 2000, this Court entered an Order stating "the plaintiff Jacqueline Newton is ordered to "comply with the August 18, 2000 court order compelling discovery [D.E. 37] within seven days of this order. Furthermore, Jacqueline Newton is ordered to show cause why sanctions should not be imposed for failure to comply with the court's order compelling discovery." To date, Plaintiff has not responded to Defendant's First Request for Production or shown cause why sanctions should not be imposed pursuant to the Court's Order of September 27, 2000.

4.     Defendants COSTCO and GANTS submit to this Court that this additional failure of Plaintiff to comply with an Order of this Court provides supplemental and overwhelming grounds to grant Defendants COSTCO and GANTS' Motion to Dismiss or, Alternatively, Motion for Sanctions for Plaintiff's Failure to Comply with Court Orders, Failure to Respond to Motion to Dismiss Second Amended Complaint, Failure to Respond to Discovery and Failure to Comply With Local Rules served on August 14, 2000.

FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

LYNN G. HAWKINS
Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to counsel for

Plaintiff Jacquelyn Newton, Arthur Razor, Esq., Law Offices of Arthur Razor, Esq., Suite 201,

5840 Stirling Rd., Hollywood, FL 33021 by Regular U.S. Mail this 10th day of October, 2000.

LYNN G. HAWKINS