

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON | ) |
| Plaintiff | ) ) |
| vs. | ) |
| COSTCO WHOLESALE CORPORATION, DAVID WESTON, VINCE BEASLEY, and ARNOLD GANTS | ) ) ) ) |
| Defendants | ) ) |

**ORDER TO SHOW CAUSE**

On August 18, 2000, Magistrate Judge Bandstra entered an order [D.E. 37] compelling Jacqueline Newton to respond to the defendants' first request for production of documents. On September 27, 2000, I ordered Ms. Newton to comply with the August 18, 2000 order and to show cause why sanctions should not be imposed for failure to comply [D.E. 43]. Ms. Newton has failed to respond to the order to show cause. On October 12, 2000, the defendants filed a notice [D.E. 46] that Ms. Newton has failed to comply with the order compelling discovery. No response to that notice has been docketed.

Given their failure to comply with the order to show cause, Ms. Newton and her counsel, Arthur Razor, are each sanctioned $250.00. The sanctions must be paid to the clerk's office by November 13, 2000. Furthermore, in view of the defendants' notice, Ms. Newton is ordered to show cause why the case should not be dismissed, and why she should not be required to pay attorneys' fees incurred by the defendants in seeking to obtain discovery. Ms. Newton has ten days from the date of this order to show cause, and to comply with the order of discovery. In order to ensure compliance with this order, Ms. Newton will file her response to the request for production with the clerk within ten days. Failure to comply with this order will result in this case being dismissed with prejudice.

DONE and ORDERED in chambers in Miami, Florida, this 3rd day of November, 2000.

*[signature]*
Adalberto Jordan
United States District Judge

Copies to: Magistrate Judge Bandstra
Arthur Razor, Esq. (by facsimile)
Lynn G. Hawkins, Esq. (by facsimile)

DONE and ORDERED in chambers in Miami, Florida, this 3rd day of November, 2000.

*[signature]*
Adalberto Jordan
United States District Judge

Copies to:   Magistrate Judge Bandstra
Arthur Razor, Esq. (by facsimile)
Lynn G. Hawkins, Esq. (by facsimile)