

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6010-CIV-JORDAN

| | |
|---|---|
| JACQUELINE NEWTON | ) |
| Plaintiff | ) ) ) |
| vs. | ) |
| COSTCO WHOLESALE CORPORATION, DAVID WESTON, VINCE BEASLEY, and ARNOLD GANTS | ) ) ) ) ) |
| Defendants | ) ) |

## ORDER

Costco Wholesale and Arnold Gants' joint motion to strike [D.E. 45-1] Jacqueline Newton's response to their motion to dismiss the second amended compliant is DENIED. However, the defendants' motion for an extension of time [D.E. 45-2] to serve a reply to the plaintiff's response is GRANTED. Costco Wholesale Corporation and Arnold Gants shall have ten days from the date of this order to serve a reply. All future orders for extension shall comply with Local Rule 7.1.

DONE and ORDERED in chambers in Miami, Florida, this ___ day of November, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Lynn G. Hawkins, Esq.
           Arthur Razor, Esq.