UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6010-CIV-JORDAN

JACQUELINE NEWTON,

    Plaintiff,

v.

COSTCO, INC., DAVID WESTON;
EDDIE FREENEY; VINCE BEASLEY;
ANNE MCFADDEN; VALERIE
WILLIAMS & ARNOLD GANTS

    Defendants

_____ /

### DEFENDANTS COSTCO WHOLESALE CORPORATION, INC., AND ARNOLD GANTS' CERTIFICATE OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 26.1I

Defendants, COSTCO WHOLESALE CORPORATION, INC., ("COSTCO") and ARNOLD GANTS ("GANTS"), by and through their undersigned counsel, on this day filed a Motion to Compel Proper Responses to Defendants' First Request for Production of Documents. Prior to filing this Motion, undersigned counsel has made a reasonable effort to confer with counsel for Plaintiff, JACQUELINE NEWTON ("NEWTON"), in a good faith effort to resolve by agreement the issues raised in the Motion to Compel. Undersigned counsel wrote Plaintiff's counsel on November 2, 2000 informing him that the objections raised to discovery were untimely and were waived and that all documents should be produced no later than November 9, 2000 to

prevent a motion to compel. As of the date of this Certificate, undersigned counsel is not aware of Plaintiff's counsel making any efforts to comply with Defendants' requests or to contact undersigned counsel regarding the requests.

FITZGERALD, HAWKINS, MAYANS & COOK, P.A.
ATTORNEYS FOR DEFENDANTS
515 N. FLAGLER DRIVE, SUITE 900
POST OFFICE BOX 3795
WEST PALM BEACH, FL 33402
(561) 832-8655 (Telephone)
(561) 832-8678 (Telecopier)
lghawkins@aol.com

/s/ _____
LYNN G. HAWKINS
Florida Bar Number: 500704

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants COSTCO WHOLESALE CORPORATION, INC. and ARNOLD GANTS' Certificate of Counsel in Accordance with Local Rule 26.1I has been provided to counsel for Plaintiff Jacquelyn Newton, Arthur Razor, Esq., Law Offices of Arthur Razor, Esq., Suite 201, 5840 Stirling Rd., Hollywood, FL 33021 by Regular U.S. Mail this 15th day of November, 2000.

/s/ _____
LYNN G. HAWKINS