

FILED by _____ D.C.

MAY 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

#### CASE NO. 00-6010-CIV-JORDAN

JACQUELINE NEWTON                )
                                 )
            Plaintiff            )
                                 )
vs.                              )
                                 )
COSTCO WHOLESALE CORPORATION,    )
INC., *et al*                    )
                                 )
            Defendants           )
_____)

## ADMINISTRATIVE ORDER

The Clerk of the Court is instructed to remove docket entry 51 from the pending motions list. This case was closed on November 17, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of May, 2001.

_____
Adalberto Jordan
United States District Judge

Copy to:

            Counsel of Record

